UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WELLNESS MEDICAL CENTER, LLC ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 23-10960-PBS |
| LIBERTY MUTUAL INSURANCE COMPANY ) | |
| Defendant. ) | |

## **ORDER OF DISMISSAL**

SARIS, D.J.

In accordance with the Court's Order dated November 20, 2023, allowing defendant's motion to dismiss (Docket No. 33), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/ s / Clarilde-Karasek
Deputy Clerk

DATED: November 20, 2023